

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Carolyn Polly Rose-Barfield,    * From the County Court
                 of Callahan County,
                 Trial Court No. 2736.

No. 11-23-00197-CV        * December 14, 2023

Arthur Byron Rose,       * Memorandum Opinion by Williams, J.
                 (Panel consists of: Bailey, C.J.,
                 Trotter, J., and Williams, J.)

This court has considered Carolyn Polly Rose-Barfield's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.